Herbert Betts, Robert Mann, Donald Ehlers and William Savage, Plaintiffs-Appellees, v. Village of Calumet Park, a Municipal Corporation; John Swalec, President of the Village of Calumet Park; John H. Coon, Village Clerk of the Village of Calumet Park; Tony (Anthony) Pizza; Max Freeman, Raymond Alford and Pauline Hagen, Defendants-Appellants.

Gen. No. 48,374.

First District, Second Division.
June 30, 1961.

Henry A. Gentile, of Blue Island (Robert J. Collins, of counsel), for appellants. No briefs were filed by appellee. Opinion by MR. JUSTICE BRYANT. **Not to be published in full.**